Gabriel CASSELL, Appellant,

v.

Olivia Jassah CASSELL, Appellee.

No. 11–1395.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 20, 2011.

Filed: Oct. 26, 2011.

Gabriel Cassell, Pottstown, PA, pro se.

Olivia Jassah Cassell, Coon Rapids, MN, pro se.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Gabriel Cassell appeals the district court's[1] adverse grant of summary judgment in his diversity action against Olivia Cassell. Gabriel alleged Olivia had defamed him and intentionally inflicted emotional distress, based on statements contained in an April 29, 2009 email Olivia sent to him, with a copy to the attorney who was then representing her in a state-court action involving custody of the Cassells' minor daughter.

Upon our de novo review of the record, *Engleson v. Little Falls Area Chamber of Commerce*, 362 F.3d 525, 528 (8th Cir. 2004), we find summary judgment was proper for the reasons given by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommenda-tions of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.